UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORRETT EWEN<br><br>        Plaintiff,<br><br>against<br><br>COMMISSIONER OF SOCIAL SECUIRTY,<br><br>        Defendant. | CIVIL ACTION NO.: 19 Civ. 9394 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Commissioner filed the Administrative Record on January 17, 2020 (ECF No. 14), and Plaintiff filed his motion for judgment on the pleadings on March 17, 2020 (ECF No. 15). Per the standing order at ECF No. 5, the Commissioner's motion was thus due on May 18, 2020.

The Commissioner has not submitted the motion, and is ORDERED to do so by **Friday, May 29, 2020**.

Dated:  New York, New York
     May 19, 2020

                     SO ORDERED

                     _____
                     SARAH L. CAVE
                   **United States Magistrate Judge**