UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORRETT EWEN,

                Plaintiff,

-v-                                    CIVIL ACTION NO.: 19 Civ. 9394 (SLC)

COMMISSIONER OF SOCIAL SECURITY,           **ORDER**

                Defendant.

**SARAH L. CAVE**, United States Magistrate Judge.

A complaint and the administrative record having been filed in this matter, Defendant is hereby ordered to send one courtesy copy of the administrative record, marked as such on a cover page, to Chambers by **September 15, 2020.** The courtesy copy should bear the ECF header generated at the time of electronic filing and include protruding tabs for any exhibits. Bulky materials should be two-sided, and neatly-bound or placed in 3-ring binders, with appropriate dividers.

Dated:      New York, New York
              August 20, 2020

                                                  SO ORDERED

                                                  _____
                                                  SARAH L. CAVE
                                                  **United States Magistrate Judge**