**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

ORRETT EWEN,

                Plaintiff,                          19 **CIVIL** 9394 (SLC)

        -against-                            **JUDGMENT**

ANDREW SAUL, Commissioner of Social Security,

                Defendant.
--------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Opinion and Order dated March 23, 2021, Mr. Ewen's motion for

judgment on the pleadings (ECF No. 15) is GRANTED and the Commissioner's motion (ECF No.

20) is DENIED. The Commissioner's decision denying benefits is vacated, and this matter is

remanded to the agency for further proceedings; accordingly, this case is closed.

**Dated:**  New York, New York
        March 24, 2021

                                       **RUBY J. KRAJICK**

                                       **Clerk of Court**

                  **BY:**

                                       **Deputy Clerk**